UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                   )
HARRY JOHN ZAROOGIAN,              )
                                   )
      Plaintiff,                   )
                                   )
   v.                              )   C.A. No. 16-531 S
                                   )
BANK OF AMERICA,                   )
                                   )
      Defendant.                   )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

   Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation (R&R) on November 1, 2016 (ECF No. 6), recommending that Plaintiff be provided with an opportunity to file an amended complaint and a new motion for leave to proceed *in forma pauperis* ("IFP") because the pending IFP application (ECF No. 2) is deficient and the complaint (ECF No. 1) fails to state a claim upon which relief may be granted.  Having heard no objections and having carefully reviewed Plaintiff's IFP application, Plaintiff's complaint, and the R&R, the Court accepts the R&R and adopts the recommendations therein. Plaintiff has thirty days from today's date to file a new IFP application and an amended complaint.  If Plaintiff does not file a new IFP application and an amended complaint, or if the

new documents do not cure the deficiencies described in the R&R, then the IFP application (ECF No. 2) will be denied and the complaint (ECF No. 1) will be dismissed without prejudice.

IT IS SO ORDERED.

/s/ WESmith
William E. Smith
Chief Judge
Date:  December 20, 2016